■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVADOR GALDAMEZ, Appellant. [690 NYS2d 459] —Appeal by the defendant from a judgment of the County Court, Nassau County (DeRiggi, J.), rendered September 18, 1997, convicting

him of rape in the first degree, sexual abuse in the first degree, and unlawful imprisonment in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt with respect to his conviction of unlawful imprisonment in the second degree beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. S. Miller, J. P., Ritter, Altman and H. Miller, JJ., concur.